1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

MARTA OLIBIA SORIANO AND JULIO
CESAR BERUMEN GARCIA,

No. 3:23-cv-00170-ART-CSD

8

Plaintiffs,

**ORDER GRANTING**

9

vs.

**JOINT STIPULATED OF**

10

LOREN K. MILLER, ALEJANDRO
MAYORKAS, UR MENDOZA JADDOU,
ANTONY J. BLINKEN, PHILLIP SLATTERY,
RICHARD C. VISEK,

**DISMISSAL OF CASE**
**WITH PREJUDICE**

11

NOTED WITHOUT ORAL
ARGUMENT

12

Defendants.

13

14

15        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

16    Plaintiffs Marta Olibia Soriano and Julio Cesar Berumen Garcia, by and through

17    their attorney, and attorney for Defendants, respectfully submit this Joint Stipulation

of Dismissal of Case with Prejudice.

18        This Stipulation seeks to dismiss all claims against all Defendants. At this time

19    Defendant have adjudicated and approved what was requested in Plaintiffs'

20    Complaint and Plaintiffs' claims are now moot.

21

22

23

24

RESPECTFULLY SUBMITTED this 9th day of August 2024.

Quiroga Law Office, PLLC

By: *s/Maria E. Quiroga*                      By: *s/Richard T. Colonna*
Maria E. Quiroga                               Richard T. Colonna
*Attorney for Plaintiffs*                       *Attorney for Defendants*
Maria@quirogalawoffice.com          Richard.Colonna@usdoj.gov


IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: August 19, 2024

JOINT STIPULATION OF PARTIAL DISMISSAL - 2